In the Matter of DANIEL W. GRACE, Respondent, v ELEANOR B. GRACE, Appellant.

In the Matter of ELEANOR B. GRACE, Respondent, v DANIEL W. GRACE, Appellant.

Submitted March 9, 2009; decided April 30, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine an action or proceeding within the meaning of the Constitution.

EDWIN JOHNNY LOCKE, Respondent, v SIKAMDAR ALI BUKSH et al., Appellants.

Submitted March 9, 2009; decided April 30, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MIGUEL ALEMANY, Respondent.

Submitted April 20, 2009; decided April 30, 2009

Motion for poor person relief granted.

Chief Judge LIPPMAN taking no part.